## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jennersville Hospital, LLC, : 
                Appellant : **CASES CONSOLIDATED**
                : 
          v. : Nos.  1282 and 1286 C.D. 2021
                : 
County of Chester Board of Assessment : 
Appeals, Avon Grove School District and : 
Penn Township : 

**PER CURIAM**                    **O R D E R**

NOW, April 14, 2023, having considered Appellant's application for reargument and Appellee's answer in response thereto, the application is DENIED.